EXHIBIT C

UNITED STATES OF AMERICA
before the
SECURITIES AND EXCHANGE COMMISSION

INVESTMEN ADVISERS ACT OF 1940
Release No. 4241 / October 23, 2015

Admin. Proc. File No. 3-16540

In the Matter of

STEPHEN L. KIRKLAND

NOTICE THAT INITIAL DECISION HAS BECOME FINAL

The time for filing a petition for review of the initial decision in this proceeding has expired. No such petition has been filed by Stephen L. Kirkland and the Commission has not chosen to review the decision on its own initiative.

Accordingly, notice is hereby given, pursuant to Rule 360(d) of the Commission's Rules of Practice,[1] that the initial decision of the administrative law judge has become the final decision of the Commission with respect to Stephen L. Kirkland.[2] The order contained in that decision is hereby declared effective. The initial decision ordered that, under Section 203(f) of the Investment Advisers Act of 1940, Stephen L. Kirkland is permanently barred from associating with a broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization.

For the Commission, by the Office of the General Counsel, pursuant to delegated authority.

Brent J. Fields
Secretary

---

[1] 17 C.F.R. § 201.360(d).

[2] *Stephen L. Kirkland*, Initial Decision Release No. 875 (Sept. 2, 2015), 112 SEC Docket 06, 2015 WL 5139109.