

FXTRADE ZH LP
128 S. Tryon St
STE 21-101
Charlotte, NC 28202

December 15, 2019

Dear FXTRADE ZH LP,

As we approach the end of 2019, I want to thank you for your trust in us to manage your fund with our trading platform. I am pleased to report that we are on par to have approximately 68% return (before traders' bonus) for the year. Below are some statistics of this fund as of the end of trading day December 13, 2019:

> Total Fund Balance: **US$47,768,332**
> Account Holders: 89
> Fixed Earning holders: 78 (83.1%)
> Fixed Earning account total: US$36,647,805 (76.7%)

While we celebrate our successful first year with this platform, our traders and economists have forecasted a lower as the main factors that has contributed to the wilder currency fluctuation, namely the US-China trade war and Brexit uncertainty, will no longer be a significant force in 2020. Therefore, we are reducing our fixed earning payout to **1.82% per month**, to be effective for all funds remain in the account and any new funding after December 31, 2019. For your information, our trader's bonus remains at 30% of profit, to be paid monthly (this does not affect Fixed Earning accounts). Our "Shared Risk" option is always open and you may switch anytime with 30-day notice, to be effective on the 1st day of the month following the end of 30-day notice. As a reminder, the "shared risk" split is still 50-50 between the trade account holder and our firm after the 30% trader bonus.

Finally, on behalf of Premier Investment, I would like to wish all of you a happy holiday season, and thanks again for your business.

Sincerely,

*Joe Frank*
Joseph Frank, CEO