IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00154-FDW-DSC

| | |
|---|---|
| XUEJUN ZHANG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRAGON CAPITAL GROUP LLC et. )<br>al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendants Dragon Capital Group LLC and FXTrade ZH LP's "Motion to Compel Arbitration" (document #20) and "Motion to ... Stay … Discovery [pursuant to Private Securities Litigation Reform Act]" (document # 22), both filed May 24, 2021.

On June 7, 2021, Plaintiff filed his response stating that he consents to arbitration as to his claims against Defendants Dragon Capital Group LLC and FXTrade ZH LP. See document #25. On June 9, 2021, Plaintiff filed his "Notice of Filing of Arbitration." (document #28).

**NOW THEREFORE IT IS HEREBY ORDERED that:**

1. Defendants Dragon Capital Group LLC and FXTrade ZH LP's "Motion to Compel Arbitration" (document #20) is **GRANTED** and this matter is **STAYED** as to those Defendants only. Plaintiff and Defendants Dragon Capital Group LLC and FXTrade ZH LP shall arbitrate their dispute as agreed. Further, they shall file a status report ninety days from the date of this Order and every ninety days thereafter.

2. Defendants Dragon Capital Group LLC and FXTrade ZH LP's "Motion to ... Stay ... Discovery [pursuant to Private Securities Litigation Reform Act]" (document # 22) is **DENIED AS MOOT WITHOUT PREJUDICE** to Defendants' right to raise this matter in arbitration.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 15, 2021

David S. Cayer
United States Magistrate Judge