IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00154-FDW-DSC

| | | |
|---|---|---|
| XUEJUN ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DRAGON CAPITAL GROUP LLC et. al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion for Jurisdictional Discovery" (document # 14) filed May 18, 2021.

For the reasons set forth therein, the Motion will be <u>granted</u>. Plaintiff shall serve its Jurisdictional Discovery Requests (document #14-1) within five days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 15, 2021

David S. Cayer
United States Magistrate Judge