IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-00154-FDW-DSC

| | |
|---|---|
| XUEJUN ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>DRAGON CAPITAL GROUP LLC,<br>PREMIER INVESTMENTS & FINANCIAL<br>SERVICES GROUP LLC, FXTRADE ZH LP,<br>ALEXANDER C. CHENG AND STEPHEN L.<br>KIRKLAND,<br><br>    Defendants, | **ORDER GRANTING CONSENT MOTION<br>TO STAY IN FAVOR OF ARBITRATION** |

**THIS MATTER** is before the Court on Defendant Cheng's "Consent Motion to Stay in Favor of Arbitration" (document #34). Plaintiff has consented to arbitration and has filed a Notice of Filing of Arbitration as to Defendants Dragon Capital Group LLC, FXTrade ZH LP, and Alexander C. Cheng (document #28).

    **NOW THEREFORE IT IS HEREBY ORDERED that:**

1. Defendant Cheng's "Consent Motion to Stay in Favor of Arbitration" (document #34) is **GRANTED** and this matter is **STAYED** as to Defendant Cheng. Plaintiff and Defendant Cheng shall arbitrate their dispute as agreed. Further they shall file a status report ninety days from the date of this Order and every ninety days thereafter.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: June 16, 2021

*[signature]*

David S. Cayer
United States Magistrate Judge