IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-00154-FDW-DSC

XUEJUN ZHANG,

    Plaintiff,

v.

DRAGON CAPITAL GROUP, LLC, PREMIER INVESTMENTS & FINANCIAL SERVICES GROUP, LLC, FXTRADE ZH, LP, ALEXANDER C. CHENG AND STEPHEN L. KIRKLAND,

    Defendants,

**MOTION TO WITHDRAW AS COUNSEL**

    Allison J. Becker, Kendra N. Stark, and Tamara A. Seelman of the law firm Gordon Rees Scully Mansukhani, LLP hereby move this Court to enter an Order permitting them to withdraw as counsel for Defendants Dragon Capital Group, LLC, FXTrade ZH, LP, and Alexander C. Cheng ("Defendants"). In support of this Motion, the undersigned show the Court as follows:

    1. Allison J. Becker, Kendra N. Stark and Tamara A. Seelman of the firm Gordon Rees Scully Mansukhani, LLP ("Counsel") are all counsel of record for Defendants in this action.

    2. Counsel and Defendants have mutually agreed that Counsel should withdraw from representation of Defendants in this matter. Defendants' consent to this withdrawal is filed herewith as Exhibit A.

    3. This matter is currently stayed pending an ongoing arbitration in the American Arbitration Association ("AAA"), Case No. 01-21-0004-2196. On November 30, 2021, Counsel withdrew from representation of Defendants in the ongoing arbitration. Counsel also sent a letter to Defendants advising them of all upcoming deadlines in the ongoing arbitration. Defendants have since obtained new counsel in the arbitration.

4. This withdrawal will not materially adversely affect the interests of Defendants in this action.

5. Defendants knowingly and freely assent to the termination of Counsel's representation in this matter and have chosen to proceed in this matter without representation at this time.

6. Plaintiff's counsel has been notified of this withdrawal and consents to the same.

7. Defendants can be contacted at the following address:

>1009 N Caldwell St
>Apt 2105
>Charlotte, NC 28206

WHEREFORE, the undersigned request that the Court enter an Order allowing Allison J. Becker, Kendra N. Stark and Tamara A. Seelman to withdraw as counsel for Defendants Dragon Capital Group, LLC, FXTrade ZH, LP, and Alexander C. Cheng in this action.

Respectfully submitted this 20th day of December, 2021.

**Gordon & Rees LLP**

By: /s/ Allison J. Becker_____
Allison J. Becker
N.C. State Bar No.: 41993
abecker@grsm.com
Kendra N. Stark
N.C. State Bar No.: 52408
kstark@grsm.com
421 Fayetteville Street, Suite 330
Raleigh, North Carolina 27601
Telephone: 984-242-1796
Facsimile: 919-741-5840
*Attorneys for Defendants Dragon Capital Group, LLC and FXTrade ZH, LP*

/s/ Tamara A. Seelman\_\_\_
Tamara A. Seelman

tseelman@grsm.com  
555 Seventeenth Street, Suite 3400  
Denver, CO 80202  
Telephone: (303) 534-5160  
Facsimile: (303) 534-5161  
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record or unrepresented parties using the CM/ECF system.

This the 20th day of December, 2021.

**Gordon & Rees LLP**

By: /s/ Allison J. Becker
    Allison J. Becker