# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Xuejun Zhang, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00154-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| FXTrade ZH, LP | ) | |
| Dragon Capital Group, LLC | | |
| Stephen L. Kirkland | | |
| Alexander C. Cheng | | |
| Premier Investments & Financial Services Group, LLC, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered; IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against Dragon Capital Group, LLC; FXTrade ZH, LP; and Alexander Cheng and in favor of Plaintiff in the amount of $1,133,363.67 as set forth in the arbitration award. and in accordance with the Court's July 20, 2022 Order.

July 20, 2022

Frank G. Johns, Clerk
United States District Court